UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                       Case No. 19-40221-MAR

GARY E. PARKER AND TALEATHA       Chapter 13
PARKER,

            Debtor(s).                        Honorable Mark A. Randon
_____/

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor(s) has failed to file a tax return for income taxes for tax period(s)

2014, 2015 and 2016 as required by 11 USC 1308 and/or MCL 206.1 et seq.

Failure to file tax returns may result in the Michigan Department of Treasury

either objecting to the Debtor's Plan or filing a Motion to either Convert or

Dismiss the case.

**I. SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

                        Michigan Department of Attorney General
                            SCFRA & Collections Division
                               Cadillac Place, Ste 10-200
                                   3030 W. Grand Blvd
                                     Detroit, MI 48202
                                    Attn: Moe Freedman
                                             **OR**
                          Via email: FreedmanM1@michigan.gov

Attach all supporting documentation including any required copies of Michigan Schedules, Federal Returns, 1099, and W-2 Statements. If you have already filed the required return(s), submit a copy to the above-designated Assistant Attorney General. For questions, call (313) 456-0140.

**II. IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

W-2 or 1099--Contact your EMPLOYER(S)
IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or
800-829-1040
IRS WEBSITE: www.irs.gov

Respectfully submitted,

DANA NESSEL
Attorney General

/s/ Moe Freedman
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated: February 25, 2019