**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:**<br>GARY E PARKER,<br>TALEATHA PARKER<br>DEBTORS<br>_____/ | CHAPTER 13<br>CASE NO. 19-40221-MAR<br>JUDGE MARK A RANDON |

## TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF TBF FINANCIAL, LLC FILED ON MARCH 26, 2020 AS COURT CLAIM 26-1

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and states as follows:

1. The Trustee objects to the Proof of Claim filed by TBF Financial, LLC on March 26, 2020 as having been filed untimely. The last date to file Proofs of Claim in this case was on or about March 19, 2019.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court disallow the claim of TBF Financial, LLC filed on March 26, 2020 as Court claim 26-1.

                                              OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                                              KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

August 11, 2020

                                              /s/ Maria Gotsis
                                              _____
                                              Krispen S. Carroll (P49817)
                                              Margaret Conti Schmidt (P42945)
                                              Maria Gotsis (P67107)
                                              719 Griswold Street, Suite 1100
                                              Detroit, MI 48226
                                              313/962-5035
                                              notice@det13ksc.com

IN THE MATTER OF:  CHAPTER 13
GARY E PARKER,  CASE NO. 19-40221-MAR
TALEATHA PARKER  JUDGE MARK A RANDON
DEBTORS
_____/

## ORDER GRANTING TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF TBF FINANCIAL, LLC FILED ON MARCH 26, 2020 AS COURT CLAIM 26-1

This matter having come before the Court by way of objection of the Chapter 13 Trustee to the allowance of above-referenced claim of TBF Financial, LLC on March 26, 2020 as Court claim 26-1, service having been made with a notice of hearing allowing a thirty (30) day notice period pursuant to F.R.Bankr.P. 3007, the requisite time having passed without a response having been timely served and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the claim of TBF Financial, LLC filed on March 26, 2020 as Court claim 26-1 shall be disallowed.

EXHIBIT "A"

Official Form 420A (Notice of Motion of Objection) (12/16)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13<br>CASE NO. 19-40221-MAR |
| GARY E PARKER,<br>TALEATHA PARKER<br>AKA/DBA:<br>Debtors. | JUDGE MARK A RANDON |

Address
26297 MEADOWBROOK WAY
SOUTHFIELD, MI  48076-0000

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s)., (if any):
    7158, 8342

Employer's Tax Identification (EIN) No(s).(if any): _____

### NOTICE OF OBJECTION TO CLAIM

The Chapter 13 Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or disallowed.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before **September 23, 2020,** you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at[1]:

U.S. Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

Page **3** of **6**

19-40221-mar    Doc 66    Filed 08/11/20    Entered 08/11/20 06:53:19    Page 3 of 6

You must also send a copy to:

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>719 Griswold Street, Suite 1100<br>Detroit, MI 48226 | GUDEMAN & ASSOCIATES<br>1026 W. ELEVEN MILE ROAD<br>ROYAL OAK, MI 48067 |
| GARY E PARKER<br>TALEATHA PARKER<br>26297 MEADOWBROOK WAY<br>SOUTHFIELD, MI 48076 | TBF Financial, LLC<br>740 Waukegan Rd, Ste 404<br>Deerfield, IL 60015 |

2. Attend the hearing on the objection, scheduled to be held on **September 30, 2020 at 12:00 p.m.** in Courtroom **1825**, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

August 11, 2020

/s/ Maria Gotsis

Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Suite 1100
Detroit, MI 48226
313/962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>GARY E PARKER,<br>TALEATHA PARKER<br>DEBTORS<br>_____/ | CHAPTER 13<br>CASE NO. 19-40221-MAR<br>JUDGE MARK A RANDON |

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF TBF FINANCIAL, LLC FILED ON MARCH 26, 2020 AS COURT CLAIM 26-1** and **NOTICE OF OBJECTION TO CLAIM** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

GUDEMAN & ASSOCIATES
1026 W. ELEVEN MILE ROAD
ROYAL OAK, MI  48067

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

GARY E PARKER
TALEATHA PARKER
26297 MEADOWBROOK WAY
SOUTHFIELD, MI  48076

TBF FINANCIAL, LLC
740 WAUKEGAN RD, STE 404
DEERFIELD, IL 60015

August 11, 2020

        /s/ Angelique James
        Angelique James
        For the Office of the Chapter 13 Trustee-Detroit
        719 Griswold Street, Suite 1100
        Detroit, MI  48226
        313/962-5035
        notice@det13ksc.com